

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CRYSTAL LYNN LOWE, | § | |
| Appellant, | | No. 08-16-00255-CR |
| | § | |
| | | Appeal from the |
| V. | § | |
| | | 426th District Court |
| | § | |
| THE STATE OF TEXAS, | | of Bell County, Texas |
| Appellee. | § | |
| | | (TC# 75432) |
| | § | |

## MEMORANDUM OPINION

Crystal Lynn Lowe has filed a motion to dismiss her appeal. Rule 42.2(a) permits an appellate court to dismiss a criminal appeal on the appellant's motion at any time before the court's decision. TEX.R.APP.P. 42.2(a). Finding that Appellant has complied with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.


December 14, 2016

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.

(Do Not Publish)